In the Matter of TORPEDO DRESS CORPORATION.

CITY OF NEW YORK, Appellant; STATE OF NEW YORK et al., Respondents.

Argued January 7, 1941; decided March 6, 1941.

*William C. Chanler*, Corporation Counsel (*Sol Charles Levine*, *Arthur A. Segall* and *Morris L. Heath* of counsel), for appellant.

*John J. Bennett, Jr.*, Attorney-General (*Francis R. Curran*, *W. Gerard Ryan* and *Henry Epstein* of counsel), for State of New York, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LOUGHRAN and FINCH, JJ.